

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Richard Anthony Amparan,

Vs. No. 11-21-00162-CR

The State of Texas,

\* From the 104th District Court
  of Taylor County,
  Trial Court No. 21761B.

\* December 15, 2022

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to recite that the "Statute for [the] Offense" for which Appellant was convicted is "22.021(a)(1)(B)(i), (2)(B), Penal Code." As modified, we affirm the judgment of the trial court.